IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TERESA H. CATES                                                                                          PLAINTIFF

V.                                                                           CIVIL ACTION NO.3:14CV68-MPM-DAS

COMMISSIONER OF SOCIAL SECURITY                                                         DEFENDANT

## ORDER DENYING FINDING MOTION MOOT

The plaintiff moved for leave to file *in forma pauperis*. The magistrate judge filed a report and recommendation suggesting that the motion be denied based upon the assets and apparent income available to the plaintiff through her spouse. Instead of objecting to the report and recommendation, the plaintiff has tendered the required court costs. The court therefore finds that the motion to proceed *in forma pauperis* is now moot.

SO ORDERED this the 19th day of June, 2014.

/s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**